JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>JOE RICH JEONG, an individual; JOE RICH JEONG and DIANA ROSE JEONG, individually and as trustees of the JEONG FAMILY TRUST DATED JANUARY 11, 2000; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No.: 2:21-cv-01639-RGK-PVC<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and JOE RICH JEONG AND DIANA ROSE JEONG ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 29, 2021

*[signature: Gary Klausner]*
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE